**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JANE DOE, AS GUARDIAN OF JOHN DOE, AN INCAPACITATED PERSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OKLAHOMA, ex rel., OKLAHOMA DEPARTMENT OF HUMAN SERVICES, an agency of the State of Oklahoma, et al.,<br><br>Defendants. | ) | Case No. CIV-25-1011-J |

**ORDER**

Before the Court is Defendant Oklahoma State Department of Health's (OSDH) Motion for Reconsideration of Order Granting Plaintiff's Motion to Remand [Doc. No. 28]. Plaintiff has filed a response, and OSDH has filed no reply.

On November 18, 2025, the Court found that it did not have subject matter jurisdiction and remanded this case to the District Court of Oklahoma County, State of Oklahoma. *See* [Doc. No. 27]. OSDH now moves the Court to reconsider its November 18, 2025 Order remanding this case to state court. "An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise". 28 U.S.C. § 1447(d). The Tenth Circuit has held that this prohibition on review applies to remands based on lack of subject matter jurisdiction. *See Miller v. Lambeth*, 443 F.3d 757, 759 (10th Cir. 2006). Additionally, the language of § 1447(d) has been universally construed to bar district courts from revisiting their remand orders. *See Brierly v. Alusuisse Flexible Packaging, Inc.*, 184 F.3d 527, 531 (6th Cir. 1999); *First Union Nat'l Bank of Fla. v. Hall*, 123 F.3d 1374, 1377 (11th Cir. 1997); *In re Lowe*, 102 F.3d 731, 734 (4th Cir. 1996); *Seedman v. U.S. Dist. Ct. for Cent. Dist. of Cal.*, 837 F.2d 413, 414 (9th Cir. 1988); *New Orleans*

*Pub. Serv., Inc. v. Majoue*, 802 F.2d 166, 167 (5th Cir. 1986); *Cory v. Newfield Expl. Mid-Continent, Inc.*, Case No. CIV-19-221-G, 2020 WL 7269771 (W.D. Okla. Dec. 9, 2020); *N.M. Ctr. on Law & Poverty v. Squier*, 131 F. Supp. 3d 1241, 1243-44 (D.N.M. 2014); *Maggio Enters. v. Hartford Cas. Ins. Co.*, 132 F. Supp. 2d 930, 931 (D. Colo. 2001); *Aetna U.S. Healthcare, Inc. v. Hoechst Aktiengesellschaft*, 67 F. Supp. 2d 1242, 1245 (D. Kan. 1999).

Accordingly, the Court DENIES OSDH's Motion for Reconsideration of Order Granting Plaintiff's Motion to Remand [Doc. No. 28].

IT IS SO ORDERED this 29th day of January, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE